AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56, ET AL.

Plaintiffs,

V.

A-TECH STUCCO EIFS CO.,
AN ILLINOIS CORPORATION AND
JOHN BAGJAS, INDIVIDUALLY
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: FILED: APRIL 18, 2008
08CV2245 EDA

ASSIGNED JUDGE: JUDGE LEFKOW

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)
JOHN BAGJAS
29W160 CALUMET AVENUE
WARRENVILLE, IL 60555

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*Esperanza Arnold*
(By) DEPUTY CLERK

April 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/1/08 @ 5:45pm |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
Served John Bagnas at his residence:
29W160 Calumet, Warrenville IL (w/m 45 brown hair +
beard, large
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and build)
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/1/08
              Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.