IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 2245 |
| v. | ) ) | Judge Lefkow |
| A-TECH STUCCO EIFS CO., AN ILLINOIS CORPORATION, AND JOHN BAGJAS, INDIVIDUALLY, | ) ) ) ) ) | Magistrate Judge Ashman |
| Defendant. | ) | |

## MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, A-TECH STUCCO EIFS CO., AN ILLINOIS CORPORATION, AND JOHN BAGJAS, INDIVIDUALLY.

In support thereof, Plaintiffs state:

1. This case was filed on April 18, 2008.

2. Defendants were served with Summons and Complaint on May 1, 2008.

3. In excess of 20 days have expired since Service of Process, however, Defendants have failed to file an answer or otherwise plead.

4. Per the affidavit of Olga Kane, Defendants owe $143,981.69 for not making payment on the Installment Note. (Exhibit A)

5. Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and

expenses $1,300.00 has been incurred in this suit. (Exhibit B)

**WHEREFORE**, Plaintiffs pray for:

1.   An Order of Default against the Defendants.

2.   Judgment be rendered in the amount of $145,281.69 against A-TECH STUCCO EIFS CO., AN ILLINOIS CORPORATION, AND JOHN BAGJAS, INDIVIDUALLY.

Respectfully submitted,

**TRUSTEES OF BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND**

s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 2245 |
| v. | ) ) | Judge Lefkow |
| A-TECH STUCCO EIFS CO., AN ILLINOIS CORPORATION, AND JOHN BAGJAS, INDIVIDUALLY, | ) ) ) ) ) | Magistrate Judge Ashman |
| Defendant. | ) | |

### AFFIDAVIT OF OLGA KANE
### (Ledger-A-TECH STUCCO EIFS CO.)

I Olga Kane, being first duly sworn on oath, depose and state as follows:

1. I am employed at the law firm of Arnold and Kadjan.

2. One of my duties is to monitor all contractors paying delinquent fringe benefits on Installment Note programs.

3. This process includes receiving and accounting for all note payments thereon and computing a running tally of remaining balances for each contractor.

4. A copy of the Installment Note that A-TECH STUCCO EIFS CO. has been making payments pursuant to are attached hereto as Exhibit 1.

5. The Installment Note is currently in default because the payment of March 15, 2008 was not made.

6. The amount due for Bricklayers Local 56's Note is $143,981.69. Failure to pay accelerates the full amount due.

7. Affiant is currently not suffering from any infirmities and is competent to testify to the facts set forth herein.

**EXHIBIT A**

FURTHER AFFIANT SAYETH NOT.

_____
Olga Kane

SUBSCRIBED AND SWORN TO
before me this ____11th____ day of
June, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11

A-Tech Stucco and EIFS        5082-69        Bricklayers 56
29w160 Calumet Avenue
Warrenville, IL 60555                         DDS
630-779-5528
John Bagjas

Owe: Principal $180,424.23   Interest $12,100.00  Total Due $192,524.23

$192,524.23

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | BALANCE |
|---|---|---|---|---|---|
| 12/20/2007 | $18,000.00 | 12/20/2007 | 18,000.00 | to the fund | $174,524.23 |
| 1/15/2008 | $24,524.54 | 1/15/2008 | 25,542.54 | to the fund | 148,981.69 |
| 2/15/2008 | $5,000.00 | 2/18/2008 | 5,000.00 | to the fund | 143,981.69 |
| 3/15/2008 | $5,000.00 | | | | 143,981.69 |
| 4/15/2008 | $5,000.00 | | | | 143,981.69 |
| 5/15/2008 | $5,000.00 | | | | 143,981.69 |
| 6/15/2008 | $5,000.00 | | | | 143,981.69 |
| 7/15/2008 | $5,000.00 | | | | 143,981.69 |
| 8/15/2008 | $5,000.00 | | | | 143,981.69 |
| 9/15/2008 | $5,000.00 | | | | 143,981.69 |
| 10/15/2008 | $5,000.00 | | | | 143,981.69 |
| 11/15/2008 | $5,000.00 | | | | 143,981.69 |
| 12/15/2008 | $5,000.00 | | | | 143,981.69 |
| 1/15/2009 | $5,000.00 | | | | 143,981.69 |
| 2/15/2009 | $5,000.00 | | | | 143,981.69 |
| 3/15/2009 | $5,000.00 | | | | 143,981.69 |
| 4/15/2009 | $5,000.00 | | | | 143,981.69 |
| 5/15/2009 | $5,000.00 | | | | 143,981.69 |
| 6/15/2009 | $5,000.00 | | | | 143,981.69 |
| 7/15/2009 | $5,000.00 | | | | 143,981.69 |
| 8/15/2009 | $5,000.00 | | | | 143,981.69 |
| 9/15/2009 | $5,000.00 | | | | 143,981.69 |
| 10/15/2009 | $5,000.00 | | | | 143,981.69 |
| 11/15/2009 | $5,000.00 | | | | 143,981.69 |
| 12/15/2009 | $5,000.00 | | | | 143,981.69 |
| 1/15/2010 | $5,000.00 | | | | 143,981.69 |

<u>INSTALLMENT NOTE</u>

$192,524.23                                                                                                  December 19, 2007

For Value Received, the undersigned promises to pay to the order of_____
<u>BRICKLAYERS LOCAL #56 PENSION and WELFARE FUNDS</u>_____the principal sum of
<u>ONE HUNDRED EIGHTY THOUSAND FOUR HUNDRED TWENTY FOUR and 23/100 ($180,424.23) DOLLARS</u>

Payable in installments as follows:

<u>EIGHTEEN THOUSAND AND 00/100 ($18,000.00)</u>_____ Dollars
on the _____20TH_____ day of _____<u>DECEMBER</u>_____ 2007
<u>TWENTY FIVE THOUSAND FIVE HUNDRED TWENTY FOUR AND 54/100 ($25,524.54)</u>    Dollars
on the _____15TH_____ day of _____<u>JANUARY</u>_____ 2008
<u>FIVE THOUSAND AND 00/100 ($5,000.00)</u>_____ Dollars
on the __15TH__ day of each month beginning on the _____15TH_____ day of _____<u>FEBRUARY</u>____2008
for <u>28</u> month(s) succeeding, and a final payment of _____
<u>FIVE THOUSAND AND 00/100 ($5,000.00)</u>_____ Dollars
on the <u>15th</u> day <u>JULY 2010</u> with interest on the balance of principal remaining from time to time unpaid at the rate of <u>10%</u> per cent per annum, payable on the due dates for installments of principal as aforesaid.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of <u>18</u> per cent per annum. Payments of both principal and interest shall be made at <u>ARNOLD AND KADJAN, 19 WEST JACKSON BOULEVARD, CHICAGO, IL 60604-3958</u> or such other place as the legal holder hereof may from time to time in writing appoint.

The payment of this Note is secured by a Security Agreement in the nature of a chattel mortgage, bearing even date herewith, from the undersigned to_____
on personal property_____
in the County of_____, Illinois. The undersigned's residence (chief place of business) is at _____
_____, Illinois.

At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment of principal or interest, or any portion thereof, in accordance with the terms hereof or in case of default as defined in said Security Agreement. In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

RESOLUTION OF REPORTS FOR AUGUST 2007 THROUGH NOVEMBER 2007

_____        _____
JOHN BAGJAS, INDIVIDUALLY              A-TECH STUCCO AND EIFS
                                        29W160 CALUMET AVENUE
                                        WARRENVILLE, ILLINOIS 60555
                                        630-779-5528 (phone)

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145.

CAUTION:    Consult a lawyer before using or acting under this form. *All warranties, including merchantability and fitness, are excluded.*

5082-69

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 2245 |
| v. | ) ) | Judge Lefkow |
| A-TECH STUCCO EIFS CO., AN ILLINOIS CORPORATION, AND JOHN BAGJAS, INDIVIDUALLY, | ) ) ) ) | Magistrate Judge Ashman |
| Defendant. | ) ) | |

## AFFIDAVIT

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1. Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 5 hours in litigation in this matter.

3. Our normal rate is $175.00 per hour.

4. Our firm charged the TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND $875.00 in this matter.

5. Our firm charged $350.00 for court filing fee and $75.00 process fee.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

**EXHIBIT B**

FURTHER AFFIANT SAYETH NOT.

_____
**DONALD SCHWARTZ**

Case 1:08-cv-02245   Document 10-3   Filed 06/11/2008   Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND,<br><br>        Plaintiffs,<br><br>    v.<br><br>A-TECH STUCCO EIFS CO., AN ILLINOIS CORPORATION, AND JOHN BAGJAS, INDIVIDUALLY,<br><br>        Defendant. | Case No. 08 C 2245<br><br>Judge Lefkow<br><br>Magistrate Judge Ashman |

## JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of 145,281.69 is entered in favor of Plaintiffs, and against the Defendant, A-TECH STUCCO EIFS CO., AN ILLINOIS CORPORATION, AND JOHN BAGJAS, INDIVIDUALLY.

2. This is a final and appealable order.

DATED: _____

ENTER:_____
**HONORABLE JUDGE LEFKOW**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415