Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2245 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Trustees of the Bricklayers and Allied Craftsman Local 56 Fringe Benefit Fund vs. A-Tech Stucco EIFS Co., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for order of default and judgment in sum certain [10] is granted. Enter Judgment Order. Judgment entered in the amount of $145,281.69 in favor of plaintiffs and against defendants. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01



FILED
2008 JUN 19 PM 3:50
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|