IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN LOCAL 56<br>FRINGE BENEFIT FUND, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 08 C 2245 |
| v. | )<br>) | Judge Lefkow |
| A-TECH STUCCO EIFS CO.,<br>AN ILLINOIS CORPORATION, AND<br>JOHN BAGJAS, INDIVIDUALLY, | )<br>)<br>)<br>)<br>) | Magistrate Judge Ashman |
| Defendant. | ) | |

## JUDGMENT ORDER

THIS CAUSE coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $145,281.69 is entered in favor of Plaintiffs, and against the Defendant, A-TECH STUCCO EIFS CO., AN ILLINOIS CORPORATION, AND JOHN BAGJAS, INDIVIDUALLY.

2. This is a final and appealable order.

DATED: 6-17-08

ENTER: *Joan H. Lefkow*
HONORABLE JUDGE LEFKOW

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415